Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Spencer W. Ririe (SBN 248277)
*sririe@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys For Plaintiffs
AGERE SYSTEMS INC.
LSI CORPORATION

ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
NITIN SUBHEDAR (Bar No. 171802)
nsubhedar@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Attorneys for Defendants
UNITED MICROELECTRONICS CORPORATION
and UMC GROUP (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AGERE SYSTEMS INC., a Delaware corporation, and<br><br>LSI CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, a corporation organized under the laws of Taiwan, Republic of China, and<br><br>UMC GROUP (USA), a corporation organized under the laws of California<br><br>Defendants | Case No. 3:09-CV-00202-WHA<br><br>Related to:<br><br>Case No. 3:09-CV-00105-WHA<br>Case No. 3:08- CV-04991-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING FILING AMENDED PLEADING** |

**Stipulation And [Proposed] Order Permitting**
**Filing Amended Pleading**
**Case No. 3:09-CV-00202-WHA**

LA1 1519645v.1

Pursuant to Fed. R. Civ. P. 15(a), Agere Systems Inc., LSI Corporation, United Microelectronics Corporation, and UMC Group (USA) (collectively "the parties") hereby submit the following Stipulation:

WHEREAS, the deadline for seeking leave to add any new parties or pleading amendments is March 26, 2009;

WHEREAS, by entering into this stipulation, UMC makes no representation that it is liable for any actions or activities of United Microdisplay Optronics Corporation, UMC Japan, UMCSG, and UMCI Ltd. (collectively, "the newly added parties"), that UMC is willing or able to accept service on behalf of the newly added parties, or that counsel for UMC will also represent the newly added parties;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

1. Plaintiffs Agere Systems Inc. and LSI Corporation may file a First Amended Complaint, a copy of which is attached as Exhibit A hereto.

Respectfully Submitted,

DATED: March 26, 2009

By: /s/ Robert T. Haslam
Robert T. Haslam
rhaslam@cov.com

Nitin Subhedar
nsubhedar@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Attorneys for Defendants,
UNITED MICROELECTRONICS
CORPORATION
UMC GROUP (USA)

DATED: March 26, 2009

By: /s/ Spencer W. Ririe
Edward G. Poplawski
Spencer W. Ririe
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs,
AGERE SYSTEMS INC.
LSI CORPORATION

*Filer's Attestation: Pursuant to General Order No. 45, I, Spencer W. Ririe, attest that I obtained concurrence in the filing of this document from the other signatories.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Plaintiffs Agere Systems Inc. and LSI Corporation may file a First Amended Complaint.

Dated: April 1, 2009

By: _____
The Honorable William Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Stipulation And [Proposed] Order Permitting Filing Amended Pleading**
**Case No. 3:09-CV-00202-WHA**

3

LA1 1519645v.1