| | |
|---|---|
| 1 | Edward G. Poplawski (SBN 113590) |
| | *epoplawski@sidley.com* |
| 2 | Spencer W. Ririe (SBN 248277) |
| | *sririe@sidley.com* |
| 3 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 4 | Los Angeles, California 90013-1010 |
| | Telephone: (213) 896-6000 |
| 5 | Facsimile: (213) 896-6600 |
| 6 | Attorneys For Plaintiffs |
| | AGERE SYSTEMS INC. |
| 7 | LSI CORPORATION |
| 8 | Robert T. Haslam (SBN 71134) |
| | *rhaslam@cov.com* |
| 9 | Nitin Subhedar (SBN 171802) |
| | *nsubhedar@cov.com* |
| 10 | COVINGTON & BURLING LLP |
| | 333 Twin Dolphin Drive, Suite 700 |
| 11 | Redwood Shores, California 94065 |
| | Telephone: (650) 632-4700 |
| 12 | Facsimile: (650) 632-4800 |
| 13 | Attorneys for Defendants |
| | UNITED MICROELECTRONICS CORPORATION |
| 14 | UMC GROUP (USA) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AGERE SYSTEMS INC., a Delaware corporation, and <br><br> LSI CORPORATION, a Delaware corporation, <br><br>                Plaintiffs, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, a corporation organized under the laws of Taiwan, Republic of China, and <br><br> UMC GROUP (USA), a corporation organized under the laws of California, <br><br>                Defendants | Case No. 3:09-CV-00202-WHA <br><br> Related to: <br><br> Case No. 3:08-CV-04991-WHA <br> Case No. 3:09-CV-00105 - WHA <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

**Joint Stipulation to Dismiss**
**Case No. 3:09-CV-00202-WHA**

LA1 1519974

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Agere Systems Inc. and LSI Corporation, on the one hand, and Defendants United Microelectronics Corporation and UMC Group (USA), on the other hand, that each and every of Plaintiffs' claims (including any and all declaratory judgment claims, cross-claims, and/or counterclaims) and each and every of Defendants' claims (including any and all declaratory judgment claims, cross-claims, and/or counterclaims) in the above-captioned matter be and are hereby voluntarily dismissed <u>with prejudice</u> against all named parties (including the parties added by the amended pleadings[1]) pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties shall each bear their own respective costs and fees.

Respectfully submitted,

DATED: April 27, 2009    By:  /s/ Spencer W. Ririe

Edward G. Poplawski
Spencer W. Ririe
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs
AGERE SYSTEMS INC. and
LSI CORPORATION

DATED: April 27, 2009    By:  /s/ Robert T. Haslam

Robert T. Haslam
rhaslam@cov.com
Nitin Subhedar
nsubhedar@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Attorneys for Defendants,
UNITED MICROELECTRONICS CORPORATION
UMC GROUP (USA)

---

[1] UMCI Ltd., United Microdisplay Optronics Corporation, UMC Japan, and UMCSG.

**Joint Stipulation to Dismiss**
**Case No. 3:09-CV-00202-WHA**

2

LA1 1519974

*Filer's Attestation: Pursuant to General Order No. 45, I, Spencer W. Ririe, attest that I obtained concurrence in the filing of this document from the other signatories.*

**Joint Stipulation to Dismiss**
**Case No. 3:09-CV-00202-WHA**

3

LA1 1519974

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Case No. 3:09-CV-00202-WHA and all claims asserted herein are dismissed <u>with prejudice</u>.
2. Each party shall bear its own costs and fees.
3. The Clerk is directed to close the files in the above-captioned matter.

Dated: April <u>28</u>, 2009

By: _____
The Honorable William Alsup
United States District Judge



IT IS SO ORDERED
Judge William Alsup

**Joint Stipulation to Dismiss**
**Case No. 3:09-CV-00202-WHA**

4

LA1 1519974